# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

KENNETH HARRINGTON,

    Plaintiff,

v.

PAUL WELLS; and M. TUCKER,

    Defendants.

CIVIL ACTION NO.: 2:15-cv-41

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's January 8, 2016, Report and Recommendation, dkt. no. 10, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court.

The Court **DISMISSES** Plaintiff's claims against Defendants in their official capacities and **DENIES** Plaintiff's requests for preliminary injunctive relief. Plaintiff's claims against

Defendants Paul Wells and M. Tucker in their individual capacities remain pending.

**SO ORDERED**, this ___3___ day of ___February___, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA